

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-22-00059-CV

———————————————————

WILLIAM RUCKER, Appellant

V.

DAVID KYLE WILSON, JERRY HANSBRO, AND BRENDA SIMS, Appellees

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CV19-2022

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on April 13, 2022, but he did not file a brief. On April 29, 2022, we notified Appellant that his brief had not been filed as the Texas Rules of Appellate Procedure require. *See* Tex. R. App. P. 38.1, 38.6(a). We warned that we could dismiss his appeal for want of prosecution unless, within ten days, Appellant filed a brief along with a motion explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than thirty days have passed, but Appellant has still not filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered:  June 16, 2022